DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     *

                         *

v.                      *       MAG. NO.

                         *

JONATHAN WILLIAMS       *

                         *

                      *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

**[✓]** That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

**[✓]** Video Teleconferencing

**[ ]** Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

      **[ ]** The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

      **[ ]** Other:

Date:  Feb 23, 2023                           /s/ Andre M. Espinosa

                                           Honorable Andre M. Espinosa
                                           United States Magistrate Judge